[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 12.]

DUCKWORTH ET AL., APPELLANTS, *v*. CREATIVE INTERGLOBAL, INC. ET AL., APPELLEES.

[Cite as *Duckworth v. Creative Interglobal, Inc*., 1995-Ohio-93.]

*Workers' compensation—Proof required to establish that an employer has committed an intentional tort against an employee.*

(No. 94-1379—Submitted September 27, 1995—Decided November 1, 1995.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 65449.

_____

*Gaines & Stern Co., L.P.A., John V. Scharon, Jr*. and *James S. Casey*, for appellants.

*Gravens & Franey Co., L.P.A*., and *Martin T. Franey*, for appellees.

*Wolske & Blue* and *Michael S. Miller*, urging reversal for *amicus curiae*, Ohio Academy of Trial Lawyers.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Fyffe v. Jeno's, Inc.* (1991), 59 Ohio St.3d 115, 570 N.E.2d 1108, and the cause is remanded to the trial court for further proceedings.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., WRIGHT and COOK, JJ., dissent and would affirm the judgment of the court of appeals.

_____